IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _MC_ D.C.

05 DEC 21 PM 5:06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

VICTOR TORRES-HERNANDEZ                    05cr20436-D

## ORDER ON ARRAIGNMENT

This cause came to be heard on _December 21, 2005_ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _B. Brown_ who is Retained/Appointed

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

___ The defendant, who is not in custody, may stand on his present bond.
_✓_ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
UNITED STATES MAGISTRATE JUDGE

CHARGES - 31:5332
BULK CASH SMUGGLING INTO OR OUT OF THE UNITED STATES

Attorney assigned to Case: B. Boucek

Age: 19

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12/21/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20436 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Braden H. Boucek
US ATTORNEY'S OFFICE
167 N Main St
Ste 800
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT