IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 23 PM 3:44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 05-20436 D |
| VICTOR TORRES-HERNANDEZ, | * | |
| Defendant. | * | |

ORDER

It is hereby Ordered that the Motion to set this Matter for the January Trial Rotation __✓__ IS _____ IS NOT Granted.

Thus Ordered this 23 day of December, 2005 at Memphis, Tennessee.

_____
United States Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __12/27/05__

5



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CR-20436 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Braden H. Boucek
US ATTORNEY'S OFFICE
167 N Main St
Ste 800
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT